# GOTLIB LAW

October 5, 2020

*Via* **ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2020

The request is denied.
So Ordered: 10-7-2020

/s/ Denise Cote
DENISE COTE
United States District Judge

MEMO ENDORSED

Re: *United States v. Joshua Fitten*, 20 Cr. 179 (DLC)

Dear Judge Cote:

I represent Joshua Fitten in the above-referenced matter. I write to respectfully request a temporary modification of Mr. Fitten's travel conditions to allow him to attend a family function in Las Vegas, Nevada.

Mr. Fitten currently resides in the Central District of California. One of the conditions of Mr. Fitten's pretrial release is that his travel is restricted to the Southern and Eastern Districts of New York, the Central District of California and travel in between for court appearances. Mr. Fitten would like to attend a family function in Las Vegas, Nevada from October 9 through October 11, 2020. Mr. Fitten's mother, who is the surety on his bond, will be present at the family function. All the details concerning the trip have been provided to the government and Mr. Fitten's Pretrial Services Officer, Adriana Corona-Buergo. Neither the prosecutors in this matter nor Mr. Fitten's Pretrial Services Officer object to the requested temporary modification of his travel conditions.

Accordingly, I respectfully request that the Court temporarily modify Mr. Fitten's travel conditions to permit him to travel to Las Vegas, Nevada on October 9, 2020 and return to the Central District of California on October 11, 2020. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

cc: all counsel of record (*via* ECF)
USPTO Adriana Corona-Buergo (*via* email)
Joshua Fitten (*via* email)