```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr179-5(DLC)
                                         :
              -v-                        :        ORDER
                                         :
JOSHUA FITTEN,                           :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 9, 2021, this Court was notified the Government had reached a pretrial resolution with defendant Joshua Fitten and defendant wished to enter a change of plea.  Accordingly, it is hereby

ORDERED that a change of plea is scheduled to occur on **April 19, 2021** at **2:00 PM**.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly,

IT IS FURTHER ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **April 15, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          April 12, 2021

```
                              _____
                                      DENISE COTE
                              United States District Judge
```